UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ESAU ERNESTO CHICAS ORTEGA,**

    *Plaintiff*,

v.   Case No. 5:25-CV-01229-JKP

**SYLVESTER M ORTEGA, ACTING FIELD DIRECTOR, SAN ANTONIO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL; MARIA DELEON, ACTING ICE FIELD DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCMENT; AND WARDEN BOBBY THOMPSON, SOUTH TEXAS DETENTION COMPLEX;**

    *Defendants*.

## EMERGENCY ORDER

Before the Court is Petitioner Esau Ernest Chicas Ortega's Emergency Motion for Immediate Stay of Removal. *ECF No. 7*. The Motion is **GRANTED**.

**IT IS ORDERED** that the expedited order of removal is **IMMEDIATELY STAYED** until further order from this Court, and Respondents shall not transfer Ortega outside of this judicial district during the pendency of this litigation unless otherwise ordered by the Court.

**IT IS FURTHER ORDERED** Respondents shall now reply to Ortega's pending Motion for Temporary Restraining Order and Preliminary Injunction, (*ECF No. 2*), **NO LATER THAN TODAY, OCTOBER 3, 2025, AT 3:00 P.M.**

It is so ORDERED.
SIGNED this 3rd day of October, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE