# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

**ESAU ERNESTO CHICAS ORTEGA,**

    *Plaintiff*,

v.

**SYLVESTER M ORTEGA, ACTING FIELD DIRECTOR, SAN ANTONIO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL; MARIA DELEON, ACTING ICE FIELD DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCMENT; AND WARDEN BOBBY THOMPSON, SOUTH TEXAS DETENTION COMPLEX;**

    *Defendants*.

Case No. 5:25-CV-01229-JKP

## O R D E R

Before the Court is Petitioner Esau Ernesto Chicas Ortega's Motion for Temporary Restraining Order and Preliminary Injunction. *ECF No. 2*. On October 3, 2025, Respondents filed a Response. *ECF No. 11*.

In the Response, Respondents report they are seeking to expedite USCIS' review of Petitioner's fear claim regarding third country removal to Mexico. *See id*. Respondents further report "[o]nce the fear review has been completed, [they] will update the Court through an Advisory within three (3) business days." *Id. at 2*.

Accordingly, Ortega's Motion for Temporary Restraining Order and Preliminary Injunction, (*ECF No. 2*), is **HELD IN ABEYANCE**.

**IT IS ORDERED** Respondents shall file an Advisory within three (3) business days once the fear review has been completed.

**IT IS FURTHER ORDERED** the parties shall file a Joint Advisory on the status of this matter **no later than October 17, 2025, at 4:00 p.m.**

It is so ORDERED.
SIGNED this 3rd day of October, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE