UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ESAU ERNESTO CHICAS ORTEGA,**

   *Plaintiff*,

v.                                      Case No. 5:25-CV-01229-JKP

**SYLVESTER M ORTEGA, ACTING FIELD DIRECTOR, SAN ANTONIO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL; MARIA DELEON, ACTING ICE FIELD DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCMENT; AND WARDEN BOBBY THOMPSON, SOUTH TEXAS DETENTION COMPLEX;**

   *Defendants*.

# O R D E R

Before the Court is Petitioner Esau Ernesto Chicas Ortega's ("Chicas Ortega") Petition for a Writ of Habeas Corpus (the "Petition"), (*ECF No. 1*), and Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction (the "Motion"), (*ECF No. 2*). On October 3, 2025, Respondents filed a Response to the Motion. *ECF No. 11*.

In the Response, Respondents reported they are seeking to expedite USCIS' review of Petitioner's fear claim regarding third country removal to Mexico. *See id*. Respondents further

reported "[o]nce the fear review has been completed, [they] will update the Court through an Advisory within three (3) business days." *Id. at 2*.

On October 3, 2025, the Court held Ortega's Motion for Temporary Restraining Order and Preliminary Injunction, (*ECF No. 2*), in abeyance pending the fear review. *ECF No. 12*.

On October 16, 2025, the parties filed a Joint Advisory stating:

1. USCIS interviewed Petitioner Chicas Ortega by phone on October 13, 2025, regarding his fear claim related to third country removal to Mexico.

2. Petitioner was represented by counsel during the 2.5-hour interview. Counsel for both parties conferred by phone on October 13 to confirm that the interview went forward as planned without issue.

3. USCIS issued a decision that the Petitioner did not establish that he is more likely than not to be persecuted or tortured in Mexico. See Exh. A.

4. Petitioner will be seeking a review of the USCIS decision before an immigration judge.

*ECF No. 13 at 1*.

On October 23, 2025, the Court next ordered the parties to confer and advise what issues, if any, remain in this case after their conference. *ECF No. 14*. On October 31, 2025, the parties filed their Joint Advisory indicating issues remain in this case. *ECF No. 15*.

Accordingly, **IT IS ORDERED** Respondents shall file a Response to Chicas Ortega's Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction, (*ECF No. 2*), **no later than November 12, 2025**. Chicas Ortega shall file a Reply, if any, **no later than November 19, 2025**.

**IT IS FURTHER ORDERED** Respondents shall file a Response to Chicas Ortega's Petition for a Writ of Habeas Corpus, (*ECF No. 1*), **no later than December 5, 2025**. Chicas Ortega shall file a Reply, if any, **no later than December 12, 2025**.

It is so ORDERED.

2

SIGNED this 3rd day of November, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE