UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ESAU ERNESTO CHICAS ORTEGA,**

    *Plaintiff*,

v.   Case No. 5:25-CV-01229-JKP

**SYLVESTER M ORTEGA, ACTING FIELD DIRECTOR, SAN ANTONIO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL; MARIA DELEON, ACTING ICE FIELD DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCMENT; AND WARDEN BOBBY THOMPSON, SOUTH TEXAS DETENTION COMPLEX;**

    *Defendants*.

## ORDER SETTING HEARING

Before the Court is the status of this matter. On November 17, 2025, Petitioner's counsel, Alicia Perez, informed the Court's Courtroom Deputy that Petitioner has been removed from the United States. For this reason, the Court sets this matter for conference on **Wednesday, November 19, 2025, at 1:00 PM CST by Zoom video conference**. The parties shall communicate with the Court's Courtroom Deputy, Magda Muzza, to provide information to receive the Zoom link. The parties may contact Magda Muzza at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov.

The hearing will be recorded by a Court Reporter. All those present must be announced and/or within view. Any recording of the proceeding by any means is prohibited.

At the conference, the parties shall be prepared to discuss:

1. Where Petitioner is currently located;

2. If removed from the United States, when Petitioner was so removed;

3. The parties' positions on Petitioner's pending claims; and

4. What authority, if any, the Court has to order Petitioner returned if he was so removed in contravention of the Court's October 3, 2025, Order, (*ECF No. 10*).

It is so ORDERED.
SIGNED this 17th day of November, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE