UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ESAU ERNESTO CHICAS ORTEGA,**

   *Plaintiff*,

v.

**SYLVESTER M ORTEGA, ACTING FIELD DIRECTOR, SAN ANTONIO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL; MARIA DELEON, ACTING ICE FIELD DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCMENT; AND WARDEN BOBBY THOMPSON, SOUTH TEXAS DETENTION COMPLEX;**

   *Defendants*.

Case No. 5:25-CV-01229-JKP

## ORDER

    Before the Court is Petitioner Esau Ernesto Chicas Ortega's Motion for Temporary Restraining Order and Preliminary Injunction, (*ECF No. 2*), filed in this habeas proceeding. The Court hereby **DENIES** the Motion for the following reasons.

As Petitioner confirmed at today's hearing, the injunctive relief sought by Chicas Ortega relates to the merits of the ultimate issues in this lawsuit. *See* Min. Ent. Nov. 19, 2025.

"Where a motion for a preliminary injunction mirrors a petitioner's allegations in support of habeas relief, and where the preliminary injunction seeks the same relief—immediate release, the motion for preliminary injunction may be denied." *E.g., Garcia-Aleman v. Thompson, et al.,* 5:25-CV-00886, at *ECF No. 20* (W.D. Tex. Oct. 30, 2025) (quoting *Stines v. Superintendent,* No. 9:24-CV-00456, 2025 WL 1448358, at *2 (N.D.N.Y. May 20, 2025) (citation modified)).[1]

The Court will therefore refrain from granting injunctive relief and instead will issue a decision addressing the merits of Petitioner's forthcoming amended petition. Consequently, the Court **DENIES** Petitioner Esau Ernesto Chicas Ortega's Motion for Temporary Restraining Order and Preliminary Injunction, (*ECF No. 2*).

It is so ORDERED.
SIGNED this 20th day of November, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE

---

[1] *See also Jimenez v. Decker,* No. 1:21-CV-00880 (VSB), 2021 WL 826752, at *11 (S.D.N.Y. Mar. 3, 2021) (granting habeas petition and mooting motion for "virtually identical" preliminary injunctive relief); *Meade v. Spaulding,* No. 3:16-CV-02212, 2017 WL 3425181, at *2 (M.D. Pa. Aug. 9, 2017) ("Because the injunctive relief sought by [the petitioner] directly relates to the merits of the ultimate issues in this lawsuit, the Court will refrain from granting injunctive relief, and instead will issue a decision addressing the merits of the habeas petition."); *Chambliss v. Ashcroft*, No. 3:04-CV-00298, 2004 WL 718998, at *2 (N.D. Tex. Apr. l, 2004) (recommending preliminary injunction be denied and habeas briefing be expedited because the preliminary relief was "the same as the relief sought through the habeas petition"), *R. & R. adopted*, No. 3:04-CV-00298, 2005 WL 724206 (N.D. Tex. Mar. 30, 2005).