UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ESAU ERNESTO CHICAS ORTEGA,**

  *Plaintiff,*

**v.**               **Case No. 5:25-CV-01229-JKP**

**SYLVESTER M ORTEGA, ACTING
FIELD DIRECTOR, SAN ANTONIO
FIELD OFFICE, UNITED STATES
IMMIGRATION AND CUSTOMS EN-
FORCEMENT; KRISTI NOEM, SEC-
RETARY OF HOMELAND SECURI-
TY; PAMELA JO BONDI, UNITED
STATES ATTORNEY GENERAL;
MARIA DELEON, ACTING ICE
FIELD DIRECTOR, UNITED STATES
IMMIGRATION AND CUSTOMS EN-
FORCMENT; AND WARDEN BOBBY
THOMPSON, SOUTH TEXAS DE-
TENTION COMPLEX;**

  *Defendants.*

## ORDER SETTING HEARING

  Before the Court is the status of this matter. The Court sets this matter for conference on **Wednesday, December 17, 2025, at 1:00 PM CST** **by Zoom video conference**. The parties shall communicate with the Court's Courtroom Deputy, Magda Muzza, to provide information to receive the Zoom link. The parties may contact Magda Muzza at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov.

  The hearing will be recorded by a Court Reporter. All those present must be announced and/or within view. Any recording of the proceeding by any means is prohibited.

It is so ORDERED.
SIGNED this 16th day of December, 2025.


JASON  PULLIAM
UNITED STATES DISTRICT JUDGE